USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JONNY NUNEZ SR.,
        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
        Defendant.
------------------------------------------------------------x

**ORDER**

19 CV 9772 (VB)

       Plaintiff, proceeding pro se and in forma pauperis, filed this social security appeal by complaint dated October 21, 2019. (Doc. #2). By Order dated November 7, 2019 (Doc. #7), the Court referred this case to Magistrate Judge Lisa M. Smith for a report and recommendation. On November 14, 2019, the Court ordered defendant's counsel to file a letter by December 16, 2019, advising the Court whether the parties consented to conducting all further proceedings before Magistrate Judge Smith. (Doc. #10).

       To date, defendant's counsel has failed to file a letter in compliance with the Court's November 14 Order.

       The Court's Order was not a suggestion.

       Accordingly, the Court sua sponte extends to January 6, 2020, defendant's counsel time to file a letter advising the Court regarding consent to conducting all further proceedings before Magistrate Judge Smith.

       The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 23, 2019
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge