UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHNNY NUNEZ SR.,
                            Plaintiff,

            -v-

COMMISSIONER OF SOCIAL SECURITY,
                            Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/2020

19 CIVIL 9772 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 24, 2020, the motion to remand is GRANTED, the Commissioner's decision is REVERSED, and this case is REMANDED to the Social Security Administration for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), including to reconsider whether plaintiff had good cause for failing to appear at his hearing; accordingly, the case is closed.

**Dated:** New York, New York
          June 24, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                        **BY:**
                                                          **Deputy Clerk**